UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL SCOTT,

                Plaintiff,

    -against-

PEPSICO, INC. SHORT TERM DISABILITY PLAN and PEPSICO, INC. LONG TERM DISABILITY PLAN,

                Defendants.

Case No. 1:25-cv-03286 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On July 22, 2025, counsel for Plaintiff, Melissa Leila Louzri, filed a motion to withdraw as Plaintiff's counsel. Dkt. 33.

    Any opposition to the motion to withdraw shall be filed by **July 30, 2025**; any reply shall be filed by **August 7, 2025**. Unless and until the Court grants the motion, Ms. Louzri remains counsel of record. If Plaintiff has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

    Ms. Louzri shall continue to undertake efforts to contact Plaintiff during this process, including ensuring that this Order is served on Plaintiff. Ms. Louzri shall file proof of service on the docket. Plaintiff is advised that if she fails to appear in this action, her case may be dismissed for failure to prosecute.

Dated: July 23, 2025
       New York, New York

                                    SO ORDERED.

                                    JENNIFER L. ROCHON
                                    United States District Judge